Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, Western
District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

Alex A. Melendez, El Paso, TX, for De-
fendant–Appellant.

Before DAVIS, WIENER, and PRADO,
Circuit Judges.

PER CURIAM: *

The attorney appointed to represent
Teudocio Flores–Guzman has moved for
leave to withdraw and has filed a brief in
accordance with *Anders v. California,* 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967). Flores–Guzman has not filed a
response. Our independent review of the
record and counsel's brief discloses no non-
frivolous issue for appeal. Accordingly,
counsel's motion for leave to withdraw is
GRANTED, counsel is excused from fur-

ther responsibilities herein, and the AP-
PEAL IS DISMISSED. *See* 5TH CIR. R.
42.2.

UNITED STATES of America,
Plaintiff–Appellee

v.

Guadalupe ALMANZA–QUINTANA,
Defendant–Appellant.

No. 07–51422
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office Western,
District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

Ruben P. Morales, El Paso, TX, for
Defendant–Appellant.

Before DAVIS, WIENER, and PRADO,
Circuit Judges.

PER CURIAM: *

The attorney appointed to represent
Guadalupe Almanza–Quintana (Almanza)

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Almanza has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

